## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW HOOKER,** | : | No. 08-2091 |
| | : | |
| Plaintiff, | : | Judge Jones |
| | : | |
| *vs.* | : | (Filed electronically) |
| | : | |
| **THE KEETON GROUP,** *et al.,* | : | |
| | : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| **CURTIS R. LAUCHLE and** | : | No. 08-1868 |
| **TERRI LAUCHLE, husband** | : | |
| **and wife,** *et al.,* | : | |
| | : | Judge Jones |
| Plaintiffs, | : | |
| | : | |
| *vs.* | : | |
| | : | |
| **THE KEETON GROUP,** *et al.,* | : | |
| | : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| **GARY K. BEACH and CAROLYN J. BEACH, husband and wife**, *et al.*, | : : : : : : | No. 08-1950 |
| | : | Judge Jones |
| Plaintiffs, | : : | |
| *vs.* | : : : | |
| **MK RESOURCE PARTNERS II**, *et al.*, | : : : | |
| Defendants. | : | |

## DEFENDANTS' OMNIBUS RULE 7.1 CORPORATE DISCLOSURES

Defendants (other than The Keeton Group, LLC, which is separately represented), offer the following corporate disclosures as required by Federal Rule of Civil Procedure 7.1:

Chief Oil & Gas LLC

Chief Exploration & Development LLC is the parent corporation of Chief Oil & Gas LLC. No publicly held corporation holds 10 per cent or more of the stock of either entity.

XYR Oil & Gas, LLC

XYR Oil & Gas, LLC, has no corporate parent and no publicly held corporation holds more than 10 per cent of the stock of XYR Oil & Gas, LLC.

Giana Resources, LLC

Giana Resources, LLC, has no corporate parent and no publicly held corporation holds more than 10 per cent of the stock of Giana Resources, LLC.

Reach Petroleum, LLC

Reach Petroleum LLC has no corporate parent and no publicly held corporation holds more than 10 per cent of the stock of Reach Petroleum LLC.

Seaspin Pty Ltd.

Seaspin Pty Ltd. has no corporate parent and no publicly held corporation holds more than 10 per cent of the stock of Seaspin Pty Ltd.

Source Oil & Gas

Source Oil & Gas has no corporate parent and no publicly held corporation holds more than 10 per cent of the stock of Source Oil & Gas.

Rock Creek Ranch I, Ltd.

Rock Creek Ranch I, Ltd., has no corporate parent and no publicly held corporation holds more than 10 per cent of the stock of Rock Creek Ranch I, Ltd.

<u>Brazos Royalty LLC</u>

Brazos Royalty LLC has no corporate parent and no publicly held corporation holds more than 10 per cent of the stock of Brazos Royalty LLC.

                                                Respectfully submitted,

                                                K&L GATES LLP

                                                 s/  David R. Fine
                                                David R. Fine
                                                PA 66742
                                                david.fine@klgates.com
                                                Kenneth S. Komoroski
                                                PA 52708
                                                George A. Bibikos
                                                PA  91249
                                                george.bibikos@klgates.com
                                                17 North Second Street
                                                18th Floor
                                                Harrisburg, PA  17101
                                                (717) 231-4500 (telephone)
                                                (717) 231-4501 (facsimile)
                                                *Counsel for Defendants*
                                                *Other than The Keeton*
                                                *Group, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 24, 2008, I filed the attached document with the Court's ECF system such that the following will receive service automatically:

Michael A. Dinges, Esq.
Elion, Wayne, Grieco, Carlucci, Shipman & Irwin, P.C.
125 East Third Street
Williamsport, PA  17701

Steven Petrikis, Esq.
Brian T. Must, Esq.
Kenneth S. Kornacki, Esq.
METZ LEWIS LLC
11 Stanwix Street, 18th Floor
Pittsburgh, PA  15222

Russell L. Schetroma, Esq.
CULBERTSON, WEISS, SCHETROMA AND SCHUG, P.C.
201 Chestnut Street, Suite 200
Meadville,  PA 16335

                                            s/  David R. Fine
                                            David R. Fine